IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CV-87-H-KS


LAURA PONTONES,                        )
                                       )
        Plaintiff,                     )
                                       )
                                       )
    v.                                 )
                                       )
                                       )
LOS TRES MAGUEYES, INC.,               )           **ORDER**
AYOTLAN, INC., TEQUILA,                )
INC., ELIBORIO NAVVARO,                )
IGNACIO NAVARRO, ADRIANA               )
NAVARRO, FRANCISCO SANDCHEZ,           )
and JORGE MEZA,                        )
                                       )
        Defendants.                    )


        This matter is before the court on defendant Adriana Navarro's

notion for summary judgment [DE #15] and plaintiff's motion to

dismiss defendant Adriana Navarro [DE #37].    United States

Magistrate Judge Kimberly A. Swank filed a Memorandum and

Recommendation ("M&R") recommending that the motions be dismissed

as moot and the clerk be directed to terminate Adriana Navarro as

a party to this action.    No objections to the M&R were filed,

and the time for further filing has expired.

        A full and careful review of the M&R and other documents of

record convinces the court that the recommendation of the

magistrate judge is, in all respects, in accordance with the law and should be approved.

Accordingly, the court adopts the recommendation of the magistrate judge as its own and for the reasons stated therein, defendant Adriana Narvarro's motion for summary judgment [DE #15] and plaintiff's motion to dismiss Adriana Navarro [DE #37] are hereby dismissed as moot. The clerk is directed to terminate Adriana Navarro as a party to this action.

This ___16th___ day of October 2018.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26