IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-87-H-KS

| | |
|---|---|
| LAURA PONTONES, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| LOS TRES MAGUEYES, INC., AYOTLAN, INC., TEQUILA, INC., ELIBORIO NAVARRO, IGNACIO NAVARRO, FRANCISCO, SANCHEZ and JORGE MEZA, | ) |
| Defendants. | ) |

This matter is before the court on a joint motion to stay this action to permit the parties to participate in non-binding mediation without unnecessarily expending resources on concurrent litigation. For good cause shown and with the consent of all parties to this action, the court GRANTS the parties' motion [DE #76] and hereby STAYS this action until June 17, 2019. On or before July 1, 2019, the parties shall submit a joint report informing the court of the status of their settlement efforts. If no settlement has been reached, the parties shall also submit in the report proposed amended case management deadlines for the court's consideration.

This 11th day of March 2019.

_____
KIMBERLY A. SWANK
United States Magistrate Judge