IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CA NO.: 5:18-CV-00087-FL

| | |
|---|---|
| LAURA PONTONES, on behalf of herself and all others similarly situated, <br><br> *Plaintiff,* <br><br> v. <br><br> LOS TRES MAGUEYES, INC., d/b/a LOS TRES MAGUEYES – CARY, NC AND DANVILLE, VA, et al., <br><br> *Defendants.* | **ORDER GRANTING DISMISSAL OF DEFENDANT JOSE JAVIER IBARRA PURSUANT TO FED. R. CIV. P. 41(a)(2)** |

Upon finding good cause, Plaintiff Laura Pontones's Motion to Dismiss Defendant Jose Javier Ibarra pursuant to Fed. R. Civ. P. 41(a)(2) is GRANTED.

SO ORDERED this  10th  day of  February , 2021.

_____
THE HONORABLE LOUISE J. FLANAGAN
UNITED STATES DISTRICT JUDGE